In re Estate of Emily M. Petit, Deceased.
Carl Bockelman and Mary Bockelman, Appellees, v. Anna F. Kearney, Administratrix of Estate of Emily M. Petit, Deceased, Appellant.

Gen. No. 44,035.

opinion filed June 16, 1947; rehearing denied June 30, 1947; released for publication June 30, 1947. Joseph F. Elward, for appellant; Cameron, Heath & Burry, for appellees; William Burry, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.